**In re Dolores F. ANDERSON; Dodie
Anderson Foundation, Debtors.**

**Dolores F. Anderson, a/k/a Dodie
Anderson; Dodie Anderson Foundation, Plaintiffs–Appellants,**

v.

**National Heritage Foundation,
Incorporated, Defendant–
Appellee,**

and

**Official Creditors Committee,
Defendant.**

No. 10–2186.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 27, 2011.

Decided: July 13, 2011.

---

appeals the district court's order on his motion to reconsider the denial of § 3582(c) relief.

Gregory H. Counts, Tyler, Bartl, Ramsdell & Counts, P.L.C., Alexandria, Virginia; Glenn W. Merrick, G.W. Merrick & Associates, LLC, Greenwood Village, Colorado, for Appellants. Erika L. Morabito, Patton Boggs LLP, Washington, D.C., for Appellee.

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dolores F. Anderson and the Dodie Anderson Foundation appeal from the district court's order affirming the bankruptcy court's denial of their motion for leave to file a proof of claim beyond the bar date and the disallowance of their claim in the bankruptcy case of National Heritage Foundation, Inc. We have reviewed the record and the briefs filed by the parties and find no reversible error. Accordingly, we grant National Heritage Foundation's motion to submit the appeal on the briefs and affirm for the reasons stated by the lower courts. *Anderson v. Nat'l Heritage Found., Inc.,* No. 1:10-cv-00039-CMH-IDD (E.D.Va., Sept. 28, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*